UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARACELIS POLANCO, *as Administrator of the*
ESTATE OF LAYLEEN CUBILETTE-POLANCO,

                              Plaintiff,

— against —

THE CITY OF NEW YORK, COLLEEN VESSELL,
CHANZE WILLIAMS, KHALILAH FLEMISTER,
and JOHN AND JANE DOES 1-25,

                             Defendants.

Case No. 19-CV-4623 (DLI) (SJB)

**DECLARATION OF SERVICE**

---

CHRISTINA PLAKAS, being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to this case. I am a paralegal in the Shanies Law Office.

2. On October 15, 2019, I served a true and correct copy of the summons and complaint in this action on the City of New York by delivering the same to Betty Mazyck, who identified herself as an agent authorized to accept service of process on behalf of the City, at 100 Church Street, New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 16, 2019
                 New York, New York

By: _____
        Christina Plakas

DAVID BRADLEY SHANIES
NOTARY PUBLIC, State of New York
No. 02SH6160748
Qualified in Kings County
Commission Expires Feb. 12, 2022

DAVID BRADLEY SHANIES
NOTARY PUBLIC, State of New York
No. 02SH6180748
Qualified in Kings County
Commission Expires Feb. 12, 2...