AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ARECELIS POLANCO, Administrator of the ESTATE OF LAYLEEN CUBILETTE-POLANCO,<br><br>*Plaintiff(s)*<br>v.<br><br>THE CITY OF NEW YORK, COLLEEN VESSELL, TYKISHA WILLIAMS, TALAYA GALES, BIANCA GARCIA, SHEVONNE DAVIS, and JANE DOE,<br>*Defendant(s)* | Civil Action No. 19-CV-4623 (DLI) (SJB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bianca Garcia, DOC Badge No. 12606
Rose M. Singer Center
19-19 Hazen Street
East Elmhurst, NY 11370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID B. SHANIES LAW OFFICE
411 LAFAYETTE STREET, SIXTH FLOOR
NEW YORK, NEW YORK 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  01/03/2020       /s/ Eddie Manson
                        *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-4623 (DLI) (SJB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Bianca Garcia**

was received by me on *(date)* **02/03/2020**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Captain Shevonne Davis (Badge # 749), Supervisor**, who is designated by law to accept service of process on behalf of *(name of organization)* **Bianca Garcia** on *(date)* **02/06/2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **95.00** for travel and $ **0.00** for services, for a total of $ **95.00**.

I declare under penalty of perjury that this information is true.

Date: **02/10/2020**

*Server's signature*

Juan de los Santos, New York Process Server No. 2067123
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212
*Server's address*

Additional information regarding attempted service, etc:
On February 06, 2020 at 12:29 p.m., at 19-19 Hazen Street, East Elmhurst, New York, 11370 (NYC Department of Correction Rose M. Singer Center), I served the within summons in a civil action and amended complaint with jury trial demand, in this matter, on Bianca Garcia (NYC Dept. of Correction Badge #12606), Defendant, by delivering true copies of each to Captain Shevonne Davis (NYC Dept. of Correction Badge # 749), Supervisor, who indicated that she was an officer expressly authorized to accept process for said Defendant. On February 10, 2020, I also mailed true copies of said pleadings and court documents to said defendant at the above address by first class mail in an envelope marked "personal and confidential" under the exclusive care of the United States Postal Service.

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212