UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ARACELIS POLANCO, as Administrator of the
ESTATE OF LAYLEEN CUBILETTE-POLANCO,

**NOTICE OF APPEARANCE**

Plaintiff,

19-CV-4623 (DLI) (SJB)

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------------------------------ x

Please enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of **defendants the City of New York and Colleen Vessell** in the above-titled action.

Dated: New York, New York
June 25, 2020

JAMES E. JOHNSON
Corporation Counsel of the
 City of New York
Attorney for Deft's City of New York and Colleen Vessell
100 Church Street
New York, New York 10007
(212) 356-2086
corsland@law.nyc.gov

By:  s/_____
       Chlarens Orsland
       Assistant Corporation Counsel