

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Chlarens Orsland**
phone: 212-356-2086
fax: 212-356-2089
email: corsland@law.nyc.gov

July 22, 2020

**By ECF**
Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:    <u>Polanco v. City of New York</u>
               19 CV 4623 (DLI) (SJB)

Dear Judge Bulsara:

      On behalf of the defendants City of New York and Dr. Colleen Vessell ("City Defendants"), we write in response to Your Honor's order of July 20, 2020. Counsel for City Defendants, along with a representative of the Comptroller, will be able to attend the July 27, 2020 settlement conference via teleconference. We can be reached at the following numbers:

      Chlarens Orsland (Law Dept.)
      (212) 356-2086
      corsland@law.nyc.gov

      Copatrick Thomas (Law Dept.)
      (646) 988-3643
      cthomas@law.nyc.gov

      Rohit Mallick (Comptroller)
      (917) 246-0839
      rmallic@comptroller.nyc.gov

We look forward to meeting with the Court and counsel at that time.

Respectfully yours,

Chlarens Orsland
Copatrick Thomas
Assistant Corporation Counsel

CC: All Counsel of record
    Via ECF