# DAVID B. SHANIES LAW OFFICE

411 Lafayette Street
Sixth Floor
New York, New York 10003
*t: (212) 951-1710*
*f: (212) 951-1350*
www.shanieslaw.com

July 22, 2020

BY ECF

The Honorable Sanket J. Bulsara
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Polanco v. City of New York* et al., No. 19-CV-4623 (DLI) (SJB)

Dear Judge Bulsara:

  I write on behalf of the Estate of Layleen Cubilette-Polanco and Aracelis Polanco, the estate's administrator and Layleen's mother, in response to the Court's Order entered July 20, 2020, about next week's settlement conference. The Court's Order directed us to "provide an email address (for both counsel and a client representative)" as well as a phone number.

  Three attorneys will appear for the Plaintiff at the settlement conference:

| | |
|---|---|
| David B. Shanies | *david@shanieslaw.com* |
| Joel A. Wertheimer | *joel@shanieslaw.com* |
| Deborah I. Francois | *deborah@shanieslaw.com* |

  Ms. Polanco has asked Layleen's siblings, Melania Brown and Salomon Cubilette-Polanco, to join her for the conference. I respectfully request that we not be required to file their email addresses publicly, but rather that the Court send the conference information to me, so that I may share it with the Polanco family.

  I can be reached by cell phone at (646) 515-2151.

          Respectfully submitted,

          David B. Shanies