# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

———

JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
SONYA CHAZIN
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

July 27, 2020

<u>Via ECF</u>
Hon. Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Polanco v. City of New York et al.*, No. 19-CV-4623 (DLI) (SJB)

Dear Judge Bulsara:

  I am counsel for individual Defendant Bianca Garcia and write to provide the Court with email and phone number information for the scheduled videoconference.

  jbell@koehler-isaacs.com

  I can be reached at: 915-551-1317

        Respectfully submitted,

        *A. James Bell*
        A James Bell, Esq.

Cc: All counsel, by ECF