UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARACELIS POLANCO, as Administrator of the
Estate OF LAYLEEN CUBILETTE-POLANCO

                        Plaintiff,              Index No.: 19-cv-4623 (DLI)(SJB)

                        -against-              **CONSENT TO CHANGE ATTORNEY**

THE CITY OF NEW YORK, COLLEEN VESSELL,
TYKISHA WILLIAMS, TALAYA GALES, BIANCA
GARCIA, SHEVONNE DAVIS, and JANE DOE et al.

                        Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY CONSENTED** that KARASYK & MOSCHELLA, LLP, of 233 Broadway, New York, NY 10279, be substituted as attorney of record for the Defendant CORRECTION OFFICER BIANCA GARCIA in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

Date: New York, New York
       January 04, 2021

                                              KOEHLER & ISAACS LLP
                                              Outgoing Attorneys

                                        By: _____
                                              KOEHLER & ISAACS LLP
                                              61 Broadway, 25th Floor
                                              New York, NY 10006
                                              (917) 551-1300

                                              KARASYK & MOSCHELLA LLP
                                              Incoming Attorneys

                                        By: _____
                                              Sonya G. Chazin, Esq.
                                              Karasyk & Moschella, LLP
                                              233 Broadway, Suite 2340
                                              New York, New York 10279
                                              Tel.: (212) 233-3800
                                              Fax: (212) 233-3801
                                              schazin@kmattorneys.com